MARY KENNEDY, Respondent, *v.* SUPREME COUNCIL, CATHOLIC BENEVOLENT LEGION, Appellant.

*Benefit associations — insurance — authority of benefit association to increase assessments — action to recover on certificate.*

*Kennedy* v. *Supreme Council, C. B. L.,* 188 App. Div. 613, affirmed. (Argued May 4, 1921; decided May 31, 1921.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 18, 1919, which affirmed a determination of the Appellate Term affirming a judgment in favor of plaintiff entered upon a decision of the Municipal Court of the city of New York on trial without a jury. The defendant is a fraternal benefit association. This action was brought by the beneficiary named in a benefit certificate issued to a member of one of defendant's subordinate councils to recover the face amount of the certificate. Defendant admitted liability for part of the sum, claiming that under amendments to its by-laws increasing its assessments a deficiency lien was charged against the certificate; the trial court held that defendant had no authority to increase assessments without the express assent of its members and gave judgment for the face value of the certificate with interest.

*Howard C. Wiggins* and *Edward J. Connolly* for appellant.

*Joseph K. Ellenbogen* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.